IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| TERRY JAMES BUCHANON II,  )<br>                             )<br>     Petitioner,            )<br>                             )<br>     v.                      )<br>                             )<br> STATE OF ALABAMA, et al.,   )<br>                             )<br>     Respondents.            ) | CIVIL ACTION NO.<br>3:20cv510-MHT<br>(WO) |

## OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas petition be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of November, 2022.

              /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE